B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Karas, Judith L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Karas, Nicholas W** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4899** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7454** |
| Street Address of Debtor (No. and Street, City, and State):<br>**9903 Somerset Lane**<br>**Palos Park, IL**<br>ZIP Code **60464** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**9903 Somerset Lane**<br>**Palos Park, IL**<br>ZIP Code **60464** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Karas, Judith L**
**Karas, Nicholas W**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ Richard N. Golding**                         **May 27, 2009**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Richard N. Golding 0992100** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Karas, Judith L** |
| **Karas, Nicholas W** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Judith L Karas**
Signature of Debtor   **Judith L Karas**

X  **/s/ Nicholas W Karas**
Signature of Joint Debtor **Nicholas W Karas**

Telephone Number (If not represented by attorney)

**May 27, 2009**
Date

### Signature of Attorney*

X  **/s/ Richard N. Golding**
Signature of Attorney for Debtor(s)

**Richard N. Golding 0992100**
Printed Name of Attorney for Debtor(s)

**Law Offices of Richard N. Golding, PC**
Firm Name

**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
Address

**Email: RGOLDING@GOLDINGLAW.NET**
**(312) 832-7885  Fax: (312) 755-5720**
Telephone Number

**May 27, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Judith L Karas**
**Nicholas W Karas**
_____
Debtor(s)

Case No. _____
Chapter    **11**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]_ ____

Official Form 1, Exh. D (10/06) - Cont.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Judith L Karas**
                        **Judith L Karas**

Date:  **May 27, 2009**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Judith L Karas**
      **Nicholas W Karas**                             Case No. _____

                               Debtor(s)          Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

Official Form 1, Exh. D (10/06) - Cont.

   **If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
      ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

   **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Nicholas W Karas**
                       **Nicholas W Karas**

Date:  **May 27, 2009**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Judith L Karas**
        **Nicholas W Karas**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **America's Servicing Company**<br>**4600 Regent Blvd., Ste 200**<br>**Irving, TX 75063** | **America's Servicing Company**<br>**4600 Regent Blvd., Ste 200**<br>**Irving, TX 75063** | **5399 Paw Paw Lake Road Coloma MI 49038-8647** | | **197,087.79**<br><br>**(0.00 secured)** |
| **American Express**<br>**.P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** | **American Express**<br>**.P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** | **Credit card** | | **17,468.00** |
| **American Express Delta Skymile**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** | **American Express Delta Skymile**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** | **Credit card** | | **26,448.00** |
| **Bank of America**<br>**P.O.Box 1598**<br>**Norfolk, VA 23501** | **Bank of America**<br>**P.O.Box 1598**<br>**Norfolk, VA 23501** | **Credit card** | | **29,437.00** |
| **Bank of America**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884** | **Bank of America**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884** | **Credit card** | | **46,254.00** |
| **Chase Disney**<br>**800 Brooksedge**<br>**Westerville, OH 43081** | **Chase Disney**<br>**800 Brooksedge**<br>**Westerville, OH 43081** | **Credit card** | | **12,518.00** |
| **Chase Mariott Rewards**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | **Chase Mariott Rewards**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | **Credit card** | | **22,000.00** |
| **Citibank**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | **Citibank**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | **Credit card** | | **18,470.00** |
| **Citibank**<br>**P.O.Box 6241**<br>**Sioux Falls, SD 57117** | **Citibank**<br>**P.O.Box 6241**<br>**Sioux Falls, SD 57117** | **Credit card purchases** | | **14,350.00** |
| **Countrywide Home Loans**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **Countrywide Home Loans**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **739 N Barfield Marco Island FL** | | **842,000.00**<br><br>**(500,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Judith L Karas**
       **Nicholas W Karas**                       Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Countrywide Home Loans**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **Countrywide Home Loans**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **2134 N Bissell**<br>**Chicago, IL** | | **817,000.00**<br><br>**(600,000.00 secured)** |
| **Discover Card**<br>**p.O. Box 15316**<br>**Wilmington, DE 19850** | **Discover Card**<br>**p.O. Box 15316**<br>**Wilmington, DE 19850** | **Credit card** | | **10,057.00** |
| **EMC Mortgage**<br>**800 State Higway, BY 121**<br>**Lewisville, TX 75067** | **EMC Mortgage**<br>**800 State Higway, BY 121**<br>**Lewisville, TX 75067** | **5399 Paw Paw Rd**<br>**Coloma MI** | | **53,000.00**<br>**(30,000.00 secured)**<br>**(192,000.00 senior lien)** |
| **EMC Mortgage**<br>**800 State Highway, 121 BY**<br>**Lewisville, TX 75067** | **EMC Mortgage**<br>**800 State Highway, 121 BY**<br>**Lewisville, TX 75067** | **9440 S 51st Street**<br>**Oak Lawn, IL** | | **73,000.00**<br>**(235,000.00 secured)**<br>**(208,000.00 senior lien)** |
| **Home Depot** | **Home Depot** | | | **8,274.00** |
| **Lincolnway Community Bank**<br>**1000 E. Lincolnway Highway**<br>**New Lenox, IL 60451** | **Lincolnway Community Bank**<br>**1000 E. Lincolnway Highway**<br>**New Lenox, IL 60451** | **9500 S. 50th S Court, Oak Lawn, IL**<br>**6657 W 111th St, Worth IL**<br>**6659 W 111th St. Worth, IL** | | **2,029,389.00**<br><br>**(0.00 secured)** |
| **National City Business** | **National City Business** | **business debt** | | **35,000.00** |
| **Strategic Bank of Illinois**<br>**c/o FDIC**<br>**1601 Bryan Street**<br>**Dallas, TX 75201** | **Strategic Bank of Illinois**<br>**c/o FDIC**<br>**1601 Bryan Street**<br>**Dallas, TX 75201** | **guarantor of mortgage of Sheridann Holdings LLC** | | **2,500,000.00** |
| **Washington Mutual**<br>**800 Brooksedge**<br>**Westerville, OH 43081** | **Washington Mutual**<br>**800 Brooksedge**<br>**Westerville, OH 43081** | **Credit card** | | **43,011.00** |
| **Wells Fargo Bank**<br>**MAC x0501-034**<br>**1003 East Brier Drive**<br>**San Bernardino, CA 92408-2862** | **Wells Fargo Bank**<br>**MAC x0501-034**<br>**1003 East Brier Drive**<br>**San Bernardino, CA 92408-2862** | **2167 N Ocean Blvd., Unit 205G**<br>**Boca Raton FL** | | **79,000.00**<br>**(0.00 secured)**<br>**(2,770,000.00 senior lien)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Judith L Karas**
         **Nicholas W Karas**                                          Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Judith L Karas** and **Nicholas W Karas**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **May 27, 2009**_____        Signature  **/s/ Judith L Karas**_____
                                                          **Judith L Karas**
                                                          Debtor


Date  **May 27, 2009**_____        Signature  **/s/ Nicholas W Karas**_____
                                                          **Nicholas W Karas**
                                                          Joint Debtor


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Judith L Karas,**
     **Nicholas W Karas**        Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx1116** <br><br> **Allegiance Bank** <br> **7905 W 171st Street** <br> **Tinley Park, IL 60477** | | J | **Second Mortgage** <br><br> **9903 Somerset Lane** <br> **Palos Park, IL** <br><br> Value $    **650,000.00** | | | | 249,118.00 | 0.00 |
| Account No. **xxxxxx6366** <br><br> **America's Servicing Company** <br> **4600 Regent Blvd., Ste 200** <br> **Irving, TX 75063** | | W | **First Mortgage** <br><br> **5399 Paw Paw Lake Road** <br> **Coloma MI 49038-8647** <br><br> Value $    **0.00** | | | | 197,087.79 | 197,087.79 |
| Account No. **xxxxx7370** <br><br> **Countrywide Home Loans** <br> **450 American Street** <br> **Simi Valley, CA 93065** | | J | **First and Second Mortgages** <br><br> **2134 N Bissell** <br> **Chicago, IL** <br><br> Value $    **600,000.00** | | | | 817,000.00 | 217,000.00 |
| Account No. <br><br> **Countrywide Home Loans** <br> **450  American  Street** <br> **Simi Valley, CA 93065** | | W | **First and Second Mortgages** <br><br> **10101 Parkview** <br><br> Value $    **320,000.00** | | | | 299,000.00 | 0.00 |

  **3**   continuation sheets attached

Subtotal    **1,562,205.79**    **414,087.79**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Judith L Karas,**                                                                                    Case No. _____
**Nicholas W Karas**

_____ ,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>**Countrywide Home Loans**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | | | J | **First and Second Mortgage**<br><br>**739 N Barfield**<br>**Marco Island FL**<br><br>Value $            **500,000.00** | | | | **842,000.00** | **342,000.00** |
| Account No.<br><br>**Deutsche Bank Nat'l, as Ind. Trstee**<br>**c/o Shapiro & Fishman LLP**<br>**2424 North Federal Hway, Ste 360**<br>**Boca Raton, FL 33431** | | H | | | **Mortgage**<br><br>**2167 N Ocean Blvd., Unit 205**<br>**Boca Raton FL**<br><br>Value $            **400,000.00** | | | | **277,000.00** | **0.00** |
| Account No.<br><br>**EMC Mortgage**<br>**800 State Higway, BY 121**<br>**Lewisville, TX 75067** | | | | J | **Second Mortgage**<br><br>**5399 Paw Paw Rd**<br>**Coloma MI**<br><br>Value $              **30,000.00** | | | | **53,000.00** | **53,000.00** |
| Account No.<br><br>**EMC Mortgage**<br>**800 State Highway, 121 BY**<br>**Lewisville, TX 75067** | | | | J | **Second Mortgage**<br><br>**9440 S 51st Street**<br>**Oak Lawn, IL**<br><br>Value $            **235,000.00** | | | | **73,000.00** | **46,000.00** |
| Account No. xxxxx5826<br><br>**Fifth Third Bank**<br>**Fifth Third Center**<br>**Cincinnati, OH 45263** | | | | J | **motor vehichle lien**<br><br>**2000 Mercedes Benz**<br><br>Value $              **Unknown** | | | | **13,673.00** | **Unknown** |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,258,673.00 | 441,000.00 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Judith L Karas,**                                                    Case No. _____
         **Nicholas W Karas**
         _____,
                                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>**First American Home Mortgage**<br>**5060 Shoreham Pl, SAte 100**<br>**San Diego, CA 92122** | X | H | | Mortgage<br><br>9440 S 51st Ave<br>Oak Lawn, IL<br><br>Value $        235,000.00 | | | | 208,000.00 | 0.00 |
| Account No.<br><br>**Lincolnway Community Bank**<br>**1000 E. Lincolnway Highway**<br>**New Lenox, IL 60451** | | H | | First and Second Mortgages<br><br>9500 S. 50th S Court, Oak Lawn, IL<br>6657 W 111th St, Worth IL<br>6659 W 111th St. Worth, IL<br><br>Value $            0.00 | | | | 2,029,389.00 | 2,029,389.00 |
| Account No. xxxxxx0356<br><br>**National City Mortgage**<br>**P.O. Box 1820**<br>**Dayton, OH 45401-1820** | | W | | Mortgage<br><br>9903 W Somerset<br>Palos Park, IL 60464<br><br>Value $        650,000.00 | | | | 407,611.00 | 0.00 |
| Account No. xxxxxx3956<br><br>**State Farm Bank**<br>**3 State Farm Plaza**<br>**Bloomington, IL 61710** | | J | | motor vehichle lien<br><br>2007 Ford Shelby Mustang<br><br>Value $          Unknown | | | | 28,695.00 | Unknown |
| Account No.<br><br>**Strategic Capital Bank**<br>**c/o FDIC**<br>**1601 Bryan Street**<br>**Dallas, TX 75201** | | J | | Second Mortgage<br><br>6657 W 111th Street<br>Worth IL<br><br>Value $        425,000.00 | | | | 125,000.00 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,798,695.00 | 2,029,389.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Judith L Karas,**
      **Nicholas W Karas**

Case No. _____

_____,
          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6366** | | | Second Mortgage | | | | | |
| **Wells Fargo Bank** **MAC x0501-034** **1003 East Brier Drive** **San Bernardino, CA 92408-2862** | | W | **2167 N Ocean Blvd., Unit 205G** **Boca Raton FL** | | | | | |
| | | | Value $        **0.00** | | | | **79,000.00** | **79,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **3**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **79,000.00** | **79,000.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **5,698,573.79** | **2,963,476.79** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Judith L Karas,**                                                    Case No. _____
           **Nicholas W Karas,**
                                                                                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxxxx-x1003** | | | | **Credit card** | | | | |
| **American Express** .P.O. Box 297871 **Fort Lauderdale, FL 33329** | | H | | | | | | 17,468.00 |
| Account No. **xxxx-xxxxxx-x7002** | | | | **Credit card** | | | | |
| **American Express Delta Skymile P.O. Box 297871 Fort Lauderdale, FL 33329** | | H | | | | | | 26,448.00 |
| Account No. **Acct ending x-x4005** | | | | **Credit card** | | | | |
| **American Express Gold Card P.O. Box 297871 Fort Lauderdale, FL 33329** | | J | | | | | | 942.00 |
| Account No. **xxxxxxxxxx2484** | | | | **Credit card** | | | | |
| **Bank of America P.O. Box 17054 Wilmington, DE 19884** | | H | | | | | | 46,254.00 |

|  |  |
|---|---|
| __3___ continuation sheets attached | Subtotal (Total of this page)   **91,112.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:37054-081009    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Judith L Karas,**                                              Case No. _____
             **Nicholas W Karas**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-5596** | | | | | Credit card | | | | |
| **Bank of America** **P.O.Box 1598** **Norfolk, VA 23501** | | | J | | | | | | 29,437.00 |
| Account No. **xxxxxxxxxxxx5263** | | | | | Credit card | | | | |
| **Bank of America** **P.O. Box 17054** **Wilmington, DE 19884** | | | H | | | | | | 541.00 |
| Account No. **xxxx-xxxx-xxxx-3157** | | | | | Credit card | | | | |
| **Capital One** **P.O. Box 30285** **Salt Lake City, UT 84130-0285** | | | H | | | | | | 6,386.00 |
| Account No. **xxxx-xxxx-xxxx-2943** | | | | | Credit card | | | | |
| **Chase** **800 Brooksedge** **Westerville, OH 43081** | | | W | | | | | | 4,653.00 |
| Account No. **xxxx-xxxx-xxxx-8326** | | | | | Credit card | | | | |
| **Chase Disney** **800 Brooksedge** **Westerville, OH 43081** | | | J | | | | | | 12,518.00 |

Sheet no. __1___ of __3___ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          **53,535.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Judith L Karas,**
**Nicholas W Karas**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-0064** | | | | Credit card | | | | |
| **Chase Mariott Rewards 800 Brooksedge Blvd Westerville, OH 43081** | | J | | | | | | **22,000.00** |
| Account No. **xxxx-xxxx-xxxx-8880** | | | | Credit card purchases | | | | |
| **Citibank P.O.Box 6241 Sioux Falls, SD 57117** | | J | | | | | | **14,350.00** |
| Account No. **xxxx-xxxx-xxxx-8299** | | | | Credit card | | | | |
| **Citibank P.O. Box 6241 Sioux Falls, SD 57117** | | W | | | | | | **18,470.00** |
| Account No. **xxxxxxxx1008** | | | | Credit card | | | | |
| **Discover Card p.O. Box 15316 Wilmington, DE 19850** | | J | | | | | | **10,057.00** |
| Account No. **xxxxxxxxxxx5590** | | | | | | | | |
| **Home Depot** | | J | | | | | | **8,274.00** |

Sheet no. __**2**__ of __**3**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73,151.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Judith L Karas,**
       **Nicholas W Karas**                                          Case No. _____

                                                    ,
                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-9515** | | | | **business debt** | | | | |
| **National City Business** | | H | | | | | | |
| | | | | | | | | **35,000.00** |
| Account No. | | | | **guarantor of mortgage of Sheridann Holdings LLC** | | | | |
| **Strategic Bank of Illinois c/o FDIC 1601 Bryan Street Dallas, TX 75201** | X | J | | | | | | |
| | | | | | | | | **2,500,000.00** |
| Account No. **xxxxxx2814** | | | | **Credit card** | | | | |
| **Washington Mutual 800 Brooksedge Westerville, OH 43081** | | H | | | | | | |
| | | | | | | | | **43,011.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **2,578,011.00** |
| | Total (Report on Summary of Schedules) | **2,795,809.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Judith L Karas**
       **Nicholas W Karas**                              Case No.

                                     Debtor(s)        Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $       **15,000.00**

   Prior to the filing of this statement I have received ................................................. $       **0.00**

   Balance Due ................................................................................................................. $       **15,000.00**

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Dr. Ilias Karas**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 27, 2009**                          **/s/ Richard N. Golding**
                                              **Richard N. Golding 0992100**
                                              **Law Offices of Richard N. Golding, PC**
                                              **500 North Dearborn Street**
                                              **Second Floor**
                                              **Chicago, IL 60610-4900**
                                              **(312) 832-7885  Fax: (312) 755-5720**
                                              **RGOLDING@GOLDINGLAW.NET**

Allegiance Bank
7905 W 171st Street
Tinley Park, IL 60477


America's Servicing Company
4600 Regent Blvd., Ste 200
Irving, TX 75063


American Express
.P.O. Box 297871
Fort Lauderdale, FL 33329


American Express Delta Skymile
P.O. Box 297871
Fort Lauderdale, FL 33329


American Express Gold Card
P.O. Box 297871
Fort Lauderdale, FL 33329


Bank of America
P.O. Box 17054
Wilmington, DE 19884


Bank of America
P.O.Box 1598
Norfolk, VA 23501


Bank of America
P.O. Box 17054
Wilmington, DE 19884


Barrett & Sramek
6446 W 127th Street
Palos Heights, IL 60463


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Chase
800 Brooksedge
Westerville, OH 43081

```
Chase Disney
800 Brooksedge
Westerville, OH 43081


Chase Mariott Rewards
800 Brooksedge Blvd
Westerville, OH 43081


Citibank
P.O.Box 6241
Sioux Falls, SD 57117


Citibank
P.O. Box 6241
Sioux Falls, SD 57117


Countrywide Home Loans
450 American Street
Simi Valley, CA 93065


Countrywide Home Loans
450 American Street
Simi Valley, CA 93065


Countrywide Home Loans
450 American Street
Simi Valley, CA 93065


Daniel Joyce



Deutsche Bank Nat'l, as Ind. Trstee
c/o Shapiro & Fishman LLP
2424 North Federal Hway, Ste 360
Boca Raton, FL 33431


Discover Card
p.O. Box 15316
Wilmington, DE 19850


EMC Mortgage
800 State Higway, BY 121
Lewisville, TX 75067
```

EMC Mortgage
800 State Highway, 121 BY
Lewisville, TX 75067


Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263


First American Home Mortgage
5060 Shoreham Pl, SAte 100
San Diego, CA 92122


Home Depot


Kevin Sheridann


Lincolnway Community Bank
1000 E. Lincolnway Highway
New Lenox, IL 60451


National City Business


National City Mortgage
P.O. Box 1820
Dayton, OH 45401-1820


Robert Costa


State Farm Bank
3 State Farm Plaza
Bloomington, IL 61710


Strategic Bank of Illinois
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

Strategic Capital Bank
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Trott & Trott
31440 Northwestern Highway
Farmington, MI 48334


US Bank Nat'l Assoc as trustee CitG
3476 Stateview Blvd
Fort Mill, SC 29715-7203


Washington Mutual
800 Brooksedge
Westerville, OH 43081


Wells Fargo Bank
MAC x0501-034
1003 East Brier Drive
San Bernardino, CA 92408-2862

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Judith L Karas**
**Nicholas W Karas**
_____    Case No. _____
Debtor(s)    Chapter    **11** _____

## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

       **Judith L Karas**
       **Nicholas W Karas**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
      **No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
      **No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Richard N. Golding 0992100**, certify under penalty of perjury that the above is true and correct.

Executed on   **May 27, 2009** _____

                              **/s/ Richard N. Golding** _____
                              Signature
                              **Richard N. Golding 0992100**